IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| STEVE SIMONDS, et al, | * |
| Plaintiffs, | * |
| v. | Case No. 3:22-cv-118 (CAR) |
| | * |
| ROBIN SHEARER, et al, | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 18, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 18th day of January, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk